UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

-----------------------------------------------------------------X

MICHAEL THOMAS IBBETSON,

                            Plaintiff,

**REPORT AND RECOMMENDATION**

                        -against-

14 Civ. 7824 (KMK)(JCM)

ANDREW M. SAUL,[1]
Commissioner of Social Security,

                            Defendant.

-----------------------------------------------------------------X

*Having received no objections to this thorough R+R, and finding no clear error in it, the Court adopts the R+R in full for the reasons stated in it. So Ordered.*

*7/15/19*

To the Honorable Kenneth M. Karas, United States District Judge:

Plaintiff Michael Thomas Ibbetson ("Plaintiff"), commenced this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision by the Commissioner of Social Security (the "Commissioner"), who denied Plaintiff's application for disability benefits. (Docket No. 1). Consistent with a stipulation between the parties, this Court remanded the case to the Commissioner for further administrative proceedings. (Docket No. 16). An Administrative Law Judge ("ALJ") later issued a favorable decision for Plaintiff. (Bowes Decl.[2] ¶ 17). Before the Court is a motion for attorney's fees brought by Plaintiff's counsel pursuant to 42 U.S.C. §

---

[1] Andrew M. Saul is now the Commissioner of Social Security and is substituted for former Acting Commissioner Carolyn W. Covlin as the Defendant in this action, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

[2] Refers to the Declaration of Christopher James Bowes, dated April 19, 2018. (Docket No. 22).